U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED    JUL 2 8 1999

RICHARD T. MARTIN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DANIEL MICHAELS            *
        PLAINTIFF          *
                                 *
VS.                               *    CIVIL ACTION NO. 99- 623 -B- M1
                                 *
EQUIFAX CREDIT INFORMATION    *    COMPLAINT AND DEMAND FOR
SERVICES, INC.                     *     A JURY TRIAL
                                 *
        DEFENDANT        *

## COMPLAINT

### I. Introduction

1.      This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2.      Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3.      Plaintiff, Daniel Michaels, is a natural person, who resides at 806 Iris, Baton Rouge, LA 70898-0141, Parish of East Baton Rouge, Louisiana, and is a consumer within the Fair Debt Collection Practices Act.

4.      Defendant, Equifax Credit Information Services, Inc. (hereinafter referred to as "Defendant"), is a Georgia corporation authorized to do and doing business in Louisiana with its principal place of business at 3330 West Esplanade Ave, Suite 612, Metairie, Louisiana and its

c: RS, waller



3:99-cv-00623 1 - 1
DATE: 07/28/99                    DEPUTY CLERK: KC

registered agent as The Prentice Hall Corporation at 701 South Peters Street, Second Floor, New Orleans, Louisiana 70130.  Defendant, at all times relevant hereto, regularly attempted to collect debts due or alleged to be due another.

## IV. FACTUAL ALLEGATIONS

5.     On or about September 28, 1998, Defendant mailed or caused to be mailed a letter to Plaintiff requesting payment of a debt allegedly owed to Capital One in the amount of $989.50, a copy of which is attached hereto as "Exhibit A."

6.     The communication referred to in the preceding paragraph was the initial communication regarding this alleged debt.

7.     This alleged debt was for purchases made by plaintiff which were solely for personal, family or household purposes.

8.     On or about October 30, 1998 and within thirty days of receiving Exhibit A, plaintiff mailed a letter to defendant disputing this alleged debt, a copy of which is attached hereto as "Exhibit B."

9.     Defendant received Exhibit A on November 5, 1998, a copy of the Domestic Return Receipt for Exhibit A is attached hereto as "Exhibit C."

10.     On or about November 20,1998, Defendant mailed or caused to be mailed a letter to Plaintiff requesting payment of a debt allegedly owed to Capital One in the amount of $97.20, a copy of which is attached hereto as "Exhibit D."

11.     At the time Exhibit D  was mailed to plaintiff, defendant had not verified the alleged debt pursuant to 15 U.S.C. § 1692g(b).

12.     On or about December 21, 1998, Defendant mailed or caused to be mailed a letter to Plaintiff requesting payment of a debt allegedly owed to Capital One in the amount of

$1,066.85, a copy of which is attached hereto as "Exhibit E."

13.    At the time Exhibit E was mailed to plaintiff, defendant still had not verified the alleged debt pursuant to 15 U.S.C. § 1692(b).

14.    Exhibit E states: "We have not received response to our previous notice requesting full payment or satisfactory arrangements."

15.    This statement is false, deceptive and/or misleading since plaintiff had timely disputed this alleged debt.

16.    The foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or in consideration of the identity or rights of Plaintiff or other persons who were the objects of its debt collection practices.

17.    As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, extreme mental anguish and suffering, and emotional distress, for which he should be compensated in an amount to be proven at trial.

## COUNT I

18.    The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including but not limited to, Sections 1692e, 1692f and 1692g.

19.    Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against the Defendant for:

(a) actual damages;

(b) statutory damages pursuant to 15 U.S.C. § 1692k.

(c) Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k.

(d) For such other and further relief as may be just and proper.

A JURY TRIAL IS DEMANDED.

BY ATTORNEY:

Garth J. Ridge
Bar Roll Number 20589
200 Lafayette Street, Suite 608
Baton Rouge, Louisiana 70801
(225) 343-0700

**EXHIBIT A**

Case 3:99-cv-00623-FJP Document 1 07/28/99 Page 6 of 14

7324 S.W. FREEWAY, SUITE 1200
HOUSTON, TX 77074

**EQUIFAX** RISK MANAGEMENT
SERVICES

7324 S.W. Freeway
Suite #1200
Houston, Texas 77074

September 28, 1998

4121741262519460

1-281-560-7000

THIS COMMUNICATION IS FROM A DEBT COLLECTOR
THE PURPOSE OF THIS LETTER IS TO
COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

Michaels Daniel C
PO Box 80141
Baton Rouge LA 70898-0141      1-692

BALANCE DUE: $989.50

We have not received response to our previous notice requesting full
payment or satisfactory arrangements. We must assume that more firm
and direct collection action will be required to pay the above
account. You can avoid any further collection action by mailing the
full balance to Capital One at the address provided on the remittance
section below or contact one of our representatives at 888-569-6835
to make payment arrangements.

To ensure proper credit, please return the bottom portion of this
letter with the full balance.

Sincerely,

EQUIFAX RISK MANAGEMENT SERVICES

PLEASE SEE REVERSE SIDE FOR FEDERAL VALIDATION NOTICE AND OTHER IMPORTANT INFORMATION

*Detach lower portion and return with remittance.*          **EQUIFAX**

For: Michaels Daniel C
Creditor: Capital One
Account #: 4121741262519460
Balance Due: $989.50

Capital One
Post Office Box 85617
Richmond, Virginia 23276-0001

JTF2-T

**EXHIBIT B**

Case 3:99-cv-00623-FJP Document 1-6 Filed 07/28/99 Page 8 of 14

October 30, 1998

Equifax
7324 S.W. Freeway Suite 1200
Houston, TX 77074

RE:     Daniel C. Michaels
        Account #4121-7412-6251-9460

I dispute the validity of this account.

Sincerely,

Daniel C. Michaels

**EXHIBIT C**

**SENDER:**
• Complete items 1 and/or 2 for additional services.
• Complete items 3, and 4a & b.
• Print your name and address on the reverse of this form so that we can return this card to you.
• Attach this form to the front of the mailpiece, or on the back if space does not permit.
• Write "Return Receipt Requested" on the mailpiece below the article number.
• The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Equifax
7324 S.W. Freeway Suite 1200
Houston, TX 77074

4a. Article Number
P 261 759 350

4b. Service Type
☐ Registered       ☐ Insured
☒ Certified         ☐ COD
☐ Express Mail     ☐ Return Receipt for Merchandise

7. Date of Delivery
11-5-98

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)
Crystal Pine

Is your RETURN ADDRESS completed on the reverse side?

PS Form 3811, December 1991 ☆U.S. GPO: 1993—352-714   **DOMESTIC RETURN RECEIPT**

**EXHIBIT D**

**EQUIFAX** RISK MANAGEMENT SERVICES

7324 S.W. FREEWAY, SUITE 1200
HOUSTON, TX 77074

7324 S.W. Freeway
Suite #1200
Houston, Texas 77074

November 20, 1998

1-281-560-7000

4121741262519460

22401   THIS COMMUNICATION IS FROM A DEBT COLLECTOR
THE PURPOSE OF THIS LETTER IS TO
COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

Michaels Daniel C
PO Box 80141
Baton Rouge LA  70898-0141      1-364     BALANCE DUE: $997.22

The above account has not been paid and has now been placed with
Equifax Risk Management Services for collection procedures.  Please
remit the full balance to Capital One at the address provided on the
remittance section below.

A representative is available to answer any questions you may have at
our toll free number 1-888-569-6835.

Sincerely,

EQUIFAX RISK MANAGEMENT SERVICES

PLEASE SEE REVERSE SIDE FOR FEDERAL VALIDATION NOTICE AND OTHER IMPORTANT INFORMATION

*Detach lower portion and return with remittance.*     **EQUIFAX**

For: Michaels Daniel C
Creditor: Capital One
Account #: 4121741262519460
Balance Due: $997.22

Capital One
Post Office Box 85617
Richmond, Virginia 23276-0001           JTN1-T

Form 101872-3/98 Equifax Inc. USA

**EXHIBIT E**

**EQUIFAX**  RISK MANAGEMENT SERVICES

7324 S.W. FREEWAY, SUITE 1200
HOUSTON, TX 77074

December 21, 1998

4121741262519460

7324 S.W. Freeway
Suite #1200
Houston, Texas 77074

1-281-560-7000

22401    THIS COMMUNICATION IS FROM A DEBT COLLECTOR
THE PURPOSE OF THIS LETTER IS TO
COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

Michaels Daniel C
PO Box 80141
Baton Rouge LA 70898-0141      1-995

BALANCE DUE: $1,066.85

We have not received response to our previous notice requesting full
payment or satisfactory arrangements. We must assume that more firm
and direct collection action will be required to pay the above
account. You can avoid any further collection action by mailing the
full balance to Capital One at the address provided on the remittance
section below or contact one of our representatives at 888-569-6835
to make payment arrangements.

To ensure proper credit, please return the bottom portion of this
letter with the full balance.

Sincerely,

EQUIFAX RISK MANAGEMENT SERVICES

PLEASE SEE REVERSE SIDE FOR FEDERAL VALIDATION NOTICE AND OTHER IMPORTANT INFORMATION

*Detach lower portion and return with remittance.*

**EQUIFAX**

For: Michaels Daniel C
Creditor: Capital One
Account #: 4121741262519460
Balance Due: $1,066.85

Capital One
Post Office Box 85617
Richmond, Virginia 23276-0001

JTF2-T

[*]