**GARTH J. RIDGE**
ATTORNEY AT LAW
RIVERVIEW OFFICE BUILDING
200 LAFAYETTE STREET, SUITE 608
BATON ROUGE, LA 70801

TEL: (225) 343-0700
FAX: (225) 343-7700

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

99 NOV -3 AM 10: 11

SIGN_____
by DEPUTY CLERK

November 2, 1999

Judge Frank J. Polozola
777 Florida Street, Room 313
Baton Rouge, Louisiana 70801

RE: Daniel Michaels v. Equifax Credit Information Services, Inc., Civil Action No. 99-623-B-M1, United States District Court, Middle District of Louisiana

Dear Judge Polozola:

Pursuant to LR 41.2M, I am notifying the court that a settlement has been reached in this matter.

If you have any questions with regard to the above, please do not hesitate to contact me.

With warm professional regards and courtesies I remain

Sincerely,

Garth J. Ridge

cc: Daniel Michaels
Amelia Williams Koch, T. A.
Richard T. Martin
Magistrate Judge Riedlinger

3:99-cv-00623 7 - 1
DATE: 11/03/99          DEPUTY CLERK: KC